UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGGIE ANDERS, SR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-2442** |
| **SANDERSON FARMS, INC. ET AL.** | **SECTION: "H"(1)** |

## ORDER

Before the Court are Defendants Sanderson Farms, Inc. and Sanderson Farms, LLC's Motion to Dismiss for Improper Venue or, In the Alternative, Motion to Transfer Venue (Doc. 10); and Defendant Sysco Grand Rapids, LLC's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Rule 12(b)(2) or, In the Alternative, Rule 12(b)(3), or In the Alternative, Rule 12(b)(6) (Doc. 24).

Although neither Defendant raised the issue of subject matter jurisdiction in their Motion, "federal courts are duty-bound to examine the basis of subject matter jurisdiction sua sponte . . ."[1] For reasons outlined in Doc. 36, the Court finds it does not have subject matter jurisdiction and does not need to address the remaining arguments.

## CONCLUSION

Based on the foregoing reasons, Defendants' Motions are **DENIED** as moot. This matter is **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana this 7th day of December, 2022.

---

[1] Union Planters Bank Nat. Ass'n v. Salih, 369 F.3d 457, 460 (5th Cir. 2004).

_____

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**